**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 22-6645**

—————————

WENDELL J. LEMAITRE,

        Plaintiff - Appellant,

    v.

DONALD GRINDSTAFF, Captain - Mountain View Correctional Institution; ADAM HUGHES, Sergeant - Mountain View Correctional Institution; JOHN KING, Corrections Officer - Mountain View Correctional Institution; TOMMY HARRIS, a/k/a T. Harris, Correctional Officer - Mountain View Correctional Institution,

        Defendants - Appellees.

—————————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:20-cv-00068-MR)

—————————

Submitted:  November 17, 2022                    Decided:  November 23, 2022

—————————

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Wendell J. LeMaitre, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wendell J. LeMaitre appeals the district court's order granting Defendants summary judgment on his 42 U.S.C. § 1983 action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because LeMaitre's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
